UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

John E. Taylor Jr.

                                        Plaintiff,

v.                                                      Case No.: 1:16−cv−03464
                                                        Honorable John Robert Blakey

Wexford Health Sources, Inc., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 1, 2019:

    MINUTE entry before the Honorable John Robert Blakey: Defendants' motion for extension of time to complete discovery [212] is granted. Fact discovery is hereby extended to 4/9/19. The deadline for disclosing experts is extended to 4/16/19, and the deadline for disclosing rebuttal experts is extended to 5/14/19. The 4/2/19 Notice of Motion date is stricken, and the parties need not appear. All other dates and deadlines, including the 7/8/19 close of expert discovery, the dispositive motion schedule, and all trial−related dates, stand. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.