IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN E. TAYLOR, JR., ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 16-CV-03464 |
| ) | |
| WEXFORD HEALTH SOURCES, INC., ) | Judge John R. Blakey |
| et al., ) | |
| Defendants. ) | |

**MOTION FOR ORDER TO SHOW CAUSE**

NOW COME the Defendants, WEXFORD HEALTH SOURCES, INC., GHALIAH OBAISI, ARTHUR FUNK, M.D., DARIUS HOLMES, DIANA MALLOY, and ELAINE GEDMAN (hereinafter, "Wexford Defendants"), by and through their attorneys, BOLLINGER CONNOLLY KRAUSE, LLC, and move this Court to issue an Order to show cause why Gregory Dumanian, M.D. should not be held in civil contempt for his willing failure to comply with a subpoena to produce documents, and to compel production of the subpoena documents, pursuant to Fed. R. Civ. Pro. 45. In support thereof, Wexford Defendants state as follows:

1. On March 7, 2019, Wexford Defendants issued a subpoena to produce documents to Gregory Dumanian, M.D., Northwestern Memorial Hospital, 675 N. St. Clair Street, #19, Chicago, IL 60611. (See subpoena, Exhibit A; Dkt. 212-1). Dr. Dumanian has failed to comply with the subpoena.

2. Pursuant to Fed. R. Civ. Pro. 45(a)(1)(A)(iii), the March 7, 2019 subpoena commanded Dr. Dumanian to produce designated documents by March 18, 2019.

3. When the documents were not produced by March 18, 2019, counsel for Wexford Defendants called and spoke to Dr. Dumanian's office, the records department at Northwestern,

and the copy service company several times to ask when and if the documents would be produced. Counsel for Wexford Defendants also wrote his office regarding the same. (See letter to Dr. Dumanian, Exhibit B; Dkt. 212-2). To date, the documents in response to the subpoena have not been produced.

4. This Court has extended discovery so that these documents can be obtained. (Dkt. 218).

5. Counsel has diligently worked to obtain these documents without this Court's intervention. Nonetheless, Dr. Dumanian has failed to comply with the subpoena and forward the documents.

6. Pursuant to this Court's order, fact discovery closes April 9, 2019. (Dkt. 218).

7. Due to Dr. Dumanian's failure to comply with the subpoena and forward the documents, Wexford Defendants have been unable to move forward with fact discovery.

8. Thus, Wexford Defendants request that this Court compel Dr. Dumanian to comply with the subpoena and produce the requested documents within ten (10) days of hearing this motion, or hold Dr. Dumanian in contempt for failing without adequate excuse to obey the subpoena pursuant to Fed. R. Civ. Pro. 45(g).

9. On April 2, 2019, counsel for Wexford Defendants sent a copy of this letter to Gregory Dumanian, M.D., Northwestern Memorial Hospital, 675 N. St. Clair Street, #19, Chicago, IL 60611, via certified mail, return receipt requested. (See letter to Dr. Dumanian, Exhibit B, which includes proof of delivery.)

WHEREFORE Defendants, WEXFORD HEALTH SOURCES, INC., GHALIAH OBAISI, ARTHUR FUNK, M.D., DARIUS HOLMES, DIANA MALLOY, and ELAINE GEDMAN, by and through their attorneys, BOLLINGER CONNOLLY KRAUSE, LLC, pray this Honorable Court enter an order to show cause why Gregory Dumanian, M.D. should not be held

in civil contempt for his willing failure to comply with the March 7, 2019 subpoena to produce documents, and to compel Dr. Dumanian to produce the requested documents within ten (10) days of hearing this motion, and for any other relief that this Court deems proper.

                                                Respectfully Submitted,

                                        By:   /s/ Carissa K. Rasch

Attorney for Defendants

Robert S. Tengesdal (#6288650)
Patrick W. Etchingham (#6322504)
Carissa K. Rasch (#6327475)
BOLLINGER CONNOLLY KRAUSE LLC
500 West Madison Street, Suite 2430
Chicago, Illinois 60661
Ph: (312) 253-6200