# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

John E. Taylor Jr.

                            Plaintiff,

v.                                            Case No.: 1:16−cv−03464
                                                        Honorable John Robert Blakey

Wexford Health Sources, Inc., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 9, 2019:

      MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 4/9/2019. Defendant's motion for order to show cause [219] is granted. Rule to show cause hearing set for 4/16/2019 at 9:45 a.m. in Courtroom 1203. Dr. Gregory Dumanian, M.D. is ordered to appear in person at the next hearing or a writ of body attachment and arrest warrant may issue. Defendant shall personally serve a copy of this order on Dr. Dumanian. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.