IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN E. TAYLOR, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 16-cv-3464 |
| | ) | |
| WEXFORD HEALTH SOURCES, INC., et al., | ) | The Honorable Judge John R. Blakey |
| | ) | Jury Demanded |
| Defendants. | ) | |

**<u>DEFENDANT DARIUS HOLMES' MOTION FOR SUMMARY JUDGMENT</u>**

NOW COMES Defendant, DARIUS HOLMES, by and through his attorneys, CONNOLLY KRAUSE, LLC, and pursuant to Federal Rule of Civil Procedure 56, for his Motion for Summary Judgment as to Plaintiff's Second Amended Complaint, (Dkt. #32), states as follows:

1. On November 17, 2016, plaintiff by and through his court appointed counsel filed his Second Amended Complaint seeking money damages and other relief pursuant to 42 U.S.C. §1983 et seq., alleging deliberate indifference to his serious medical needs. (See Dkt. #32).

2. Plaintiff alleges in his Second Amended Complaint that Darius Holmes was deliberately indifferent to his serious medical needs. *Id.*

3. Discovery in this case has establish there is no issue of material fact sufficient for a reasonable jury to find Darius Holmes, liable for deliberate indifference pursuant to 42 U.S.C.§1983. (*See* Defendant Darius Holmes, L.R. 56.1 statement of facts).

4. All fact and expert discovery in this case is complete.

5. In support of this Motion, defendant Darius Holmes has filed an accompanying Memorandum of Law is Support of Summary Judgment as to Plaintiff's Second Amended Complaint and a required Local Rule 56.1(a) Statement of Uncontested Material Facts with accompanying Exhibits.

1

WHEREFORE, Defendant, DARIUS HOLMES, prays that this Honorable Court enter an Order granting Summary Judgment pursuant to FRCP 56(a), in his favor and against the Plaintiff, JOHN E. TAYLOR, JR., as there remains no genuine issue of material fact to be determined, thereby entitling him to summary judgment and for costs and such other relief that the court may allow.

    Respectfully Submitted,

    DARIUS HOLMES

    By:   /s/ Robert S. Tengesdal

Robert S. Tengesdal (#6288650)
CONNOLLY KRAUSE LLC
500 West Madison Street
Suite #3900
Chicago, IL 60661
Ph: (312) 253-6200
Fax: 312-253-6201
rtengesdal@cktrials.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2021, I caused the foregoing document to be filed electronically with the Clerk of the Court through ECF. All of the participants in the case will be served by the CM/EFC system.

    By:   /s/  Robert S. Tengesdal