IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN E. TAYLOR, JR., | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 16-cv-3464 |
| | ) | |
| WEXFORD HEALTH SOURCES, INC., et al., | ) | The Honorable Judge John R. Blakey |
| | ) | Jury Demanded |
| Defendants. | ) | |

## PARTIES' JOINT STATUS REPORT

Counsel for the parties submit this joint status report pursuant to the Court's Order of September 19, 2022 [Dkt. #450], and state as follows:

On September 19, 2022, the Court entered its memorandum opinion and order on various motions for summary judgment and requested a joint status report regarding the length of trial. (Dkt. #450-451.) The parties believe a jury trial in this matter will take between 13 and 15 days.

In addition, and as counsel for Plaintiff, I informed Defendants' counsel that Mr. Taylor intends to bring a narrowly tailored motion to reconsider judgment entered in favor of the Wexford Defendants and Ms. Elaine Gedman. I expect to have those motions on file no later than October 17, 2022.

Respectfully Submitted,

WEXFORD HEALTH SOURCES, INC.,
GHALIAH OBAISI, ARTHUR FUNK, M.D.
DARIUS HOLMES, DIANA MALLOY,
and ELAINE GEDMAN

By: /s/ Robert S. Tengesdal
One of the Attorneys for Wexford Defendants

Robert S. Tengesdal (#6288650)
CONNOLLY KRAUSE LLC

DM1\11941482.1

500 West Madison Street
Suite #2430
Chicago, IL 60661
Ph: (312) 253-6200
rtengesdal@cktrials.com


RANDY PFISTER, LOUIS SHICKER,
and TARRY WILLIAMS

By: /s/ Dimitrios Karabetsos
Dimitrios Karabetsos
Assistant Attorney General
100 W. Randolph St., 13th Floor
Chicago, Illinois 60601
(312) 814-4451
Dimitrios.Karabetsos@ilag.gov

DUANE MORRIS LLP
By: /s/ Richard P. Darke
One of Their Attorneys

Michael J. Silverman
Richard P. Darke
Rosanne Ciambrone
Duane Morris LLP
190 S. LaSalle St. – Suite 3700
Chicago, IL 60603-3433
312-499-6700
mjsilverman@duanemorris.com
rpdarke@duanemorris.com
rciambrone@duanemorris.com
*Counsel for Plaintiff, John E. Taylor, Jr.*

DM1\11941482.1