IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| John E. Taylor, Jr., (R-66376), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 16 C 3464 |
| v. | ) | |
| | ) | Judge John Robert Blakey |
| Wexford Health Sources, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

Plaintiff, John E. Taylor, Jr. (#R-66376), pursuant to Federal Rules of Civil Procedures 34(b) and 45, has requested an Order permitting his legal counsel to have entry into Stateville Correctional Center in Joliet, Illinois, operated by the Illinois Department of Corrections (IDOC), and to have counsel bring with them a camera and photo equipment so counsel can examine and take photographic evidence of Mr. Taylor's current medical condition for purposes of this lawsuit. The Court has granted that motion, and hereby orders as follows:

1. Plaintiff's legal team will consist of his counsel, Richard P. Darke and Rosanne Ciambrone, attorneys at Duane Morris LLP, 190 S. LaSalle Street, Suite 3700, Chicago, Illinois 60603.

2. Plaintiff's legal team may bring with them, use, and remove from Stateville Correctional Center portable photographic equipment consisting of a camera, flash, camera lenses, camera battery, and a memory card for the camera.

3. Plaintiff's legal team may also bring with them, use and remove from Stateville Correctional Center a tape measure.

4. Plaintiff's legal team may also bring with them, use and remove from Stateville Correctional Center pads of paper and pens.

5. To avoid possible disruption, Plaintiff's team shall not talk with inmates or employees of the Department of Corrections, other than Mr. Taylor and the designated staff escort, about any matter, including the purpose of the photographs or the nature of the litigation.

6. Plaintiff's legal team shall only photograph Mr. Taylor for purposes of documenting his medical condition and shall not photograph any other prisoner or employee of the Department of Corrections, or any other portion of the facility.

7. Plaintiff's legal team shall be permitted to meet with, and inspect and take photographs of Plaintiff John E. Taylor, Jr. (#R-66376) to document his current medical condition.

8. Plaintiff's legal team and IDOC will cooperate to set a time for the subject inspection as soon as practicable following entry of this Order, but no later than 7 days after being entered.

9. Copies of all photographs shall be available to the Department of Corrections and other parties at their expense upon request, subject to the agreed Protective Order entered in this case on August 21, 2018 [190].

10. Counsel for plaintiff will restrict the dissemination of any and all information and photographs that the legal team gathers to attorneys, paralegals,

and support staff who are actively and directly involved in the conduct of this litigation.

11. Such gathered information and photographs shall not be used or distributed except as provided for by this Order and for purposes directly related to this litigation.

12. Upon final disposition of this litigation, all copies of photographs shall be destroyed and a certification regarding the destruction prepared by the destroying party.

13. While in the facility, all members of Plaintiff's team agree to comply with the rules and regulations of Stateville Correctional Center and the IDOC.

14. Nothing in this order shall be construed to mean that the Department stipulates the photographs are true and accurate representations of Mr. Taylor on the date such photos are taken. Nor does this order preclude any arguments concerning the admissibility of such evidence.

Date: February 16, 2024

Entered:

John Robert Blakey
United States District Judge