# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

John E. Taylor Jr.

                                                Plaintiff,

v.                                                       Case No.: 1:16−cv−03464
                                                         Honorable John Robert Blakey

Wexford Health Sources, Inc., et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 1, 2024:

      MINUTE entry before the Honorable John Robert Blakey: Jury deliberations held and completed on 4/1/2024. The Jury finds in favor of Plaintiff and against Defendant Dr. Arthur Funk and Ghaliah Obaisi (as independent executor for the estate of Dr. Saleh Obaisi) as to Count I Part 1 Liability and Count I Part II Compensatory Damages (compensatory damages in the amount of $500,000.00). The Jury finds in favor of Plaintiff and against Defendant Dr. Arthur Funk as to Count I Part III Punitive Damages in the amount of $100,000.00. The Jury finds in favor of Plaintiff and against Defendant Tarry Williams and Ghaliah Obaisi (as independent executor for the estate of Dr. Saleh Obaisi) as to Count III Part I Liability. As to Count III Part II Compensatory Damages, the Jury finds in favor of Plaintiff in the amount of $250,000.00. As to Count III Part III Punitive Damages, the Jury finds in favor of Plaintiff and against Tarry Williams in the amount of $25,000.00. Enter Jury Verdict. Any post−trial motions shall be filed on or before 4/22/2024; response shall be filed on or before 5/20/2024; replies shall be filed on or before 6/10/2024. Directed verdict briefing schedule is as follows: response shall be filed on or before 5/20/2024; replies shall be filed on or before 6/10/2024. Motion hearing set for 7/1/2024 at 11:00 a.m. in Courtroom 1203. Oral agreed motion to waive the appearance of the Plaintiff at the next hearing is granted. Writ of habeas corpus is released as to Mr. Taylor and he is returned to IDOC custody. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.