UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN E. TAYLOR, JR.,<br><br>    Plaintiff,<br><br>vs.<br><br>WEXFORD HEALTH SOURCES, INC., et al.,<br><br>    Defendants. | **Case No. 16-cv-03464**<br><br>Honorable John Robert Blakey |

**PLAINTIFF'S MOTION TO WITHDRAW ATTORNEYS
CHRIS GROHMAN AND ELIZABETH HUSSEY AS COUNSEL OF RECORD**

Plaintiff, John E. Taylor, Jr., and the undersigned counsel, hereby move the Court to permit Attorneys Chris Grohman and Elizabeth Hussey to withdraw as counsel of record for Plaintiff. Plaintiff will continue to be represented by Richard P. Darke and Rosanne Ciambrone with Duane Morris LLP. Plaintiff further requests that no future pleadings, orders, notices or correspondence regarding this matter be served on Mr. Grohman and Ms. Hussey.

                                                By: /s/ *Richard P. Darke*
                                                   One of his attorneys

                                                   Richard P. Darke
                                                   Rosanne Ciambrone
                                                   Duane Morris LLP
                                                   190 S. LaSalle St. – Suite 3700
                                                   Chicago, IL 60603
                                                   312-499-6700
                                                   rpdarke@duanemorris.com
                                                   rciambrone@duanemorris.com
                                                   *Counsel for Plaintiff, John E. Taylor, Jr*.

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on August 14, 2024, he caused the foregoing to be filed electronically with the Clerk of the U.S. District Court, using the Court's CM/ECF system, which will send electronic notification to all parties who have appeared and are registered as CM/ECF participants in this matter. Parties may access this filing through the Court's CM/ECF system.

/s/ *Richard P. Darke*