UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

John E. Taylor Jr.
          Plaintiff,

v.                 Case No.: 1:16−cv−03464
                Honorable John Robert Blakey

Wexford Health Sources, Inc., et al.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 27, 2024:

  MINUTE entry before the Honorable John Robert Blakey: Global settlement conference held 8/27/24. This matter settled as between Plaintiff and the Wexford Defendants (that is, Defendants Wexford Health Sources, Inc.; Dr. Arthur Funk; Ghaliah Obasis (as independent executor of the estate of Dr. Saleh Obaisi); Diana L. Malloy; Elaine Gedman; and Darius Holmes). Consistent with the settlement, these parties shall file either a stipulation of dismissal or an updated status report by 10/30/24. The Court denies as moot the post−trial motions filed by Defendants Funk [563] and Obaisi [564]. The case did not settle as to the IDOC Defendants (that is, Dr. Louis Shicker; Tarry Williams; Randy Pfister; and Nicholas Lamb), and the case will proceed as to these Defendants. The Court will rule on Defendant Williams' post−trial motion [565] and Plaintiff's bill of costs [566] in due course. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.